**Opinion issued February 17, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-22-00026-CR

———————————

## IN RE CHRISTOPHER M. JONES, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Christopher M. Jones, has filed a petition for writ of mandamus and an amended petition for writ of mandamus complaining of the trial court's failure to rule on his application for writ of habeas corpus.[1]

---

[1] The underlying case is *State of Texas v. Christopher Michael Jones*, cause number 20-CR-2584, pending in the 122nd District Court of Galveston County, Texas, the Honorable John A. Ellisor, Jr. presiding.

Although a trial court has a ministerial duty to consider and rule on properly-filed and pending motions or other requests for relief, a relator seeking mandamus relief must establish that the trial court "(1) had a legal duty to rule on the motion; (2) was asked to rule on the motion; and (3) failed or refused to rule on the motion within a reasonable time." *In re Pete*, 589 S.W.3d 320, 321 (Tex. App.—Houston [14th Dist.] 2019, orig. proceeding). Relator has failed to meet this burden because he has failed to present a record sufficient for this Court to determine whether he is entitled to mandamus review. *See id.* To show that his application for habeas relief was properly filed and pending in the trial court, relator had to present a record or appendix containing a file-stamped copy of the application for writ of habeas corpus. *See id.* In the absence of a sufficient appendix or record, this Court is unable to evaluate the merits of relator's arguments. *See In re Richmond*, No. 01-21-00717-CR, 2022 WL 120138, at *1 (Tex. App.—Houston [1st Dist.] Jan. 13, 2022, orig. proceeding) (mem. op.).

Accordingly, the petition and amended petition are denied. *See* TEX. R. APP. P. 52.8. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).